IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:11CR3007 |
| | ) | |
| v. | ) | |
| | ) | |
| RIGOBERTO CORONADO, | ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendant. | ) | |

Defense counsel needs additional time to investigate options for defendant's release on conditions. Accordingly,

IT IS ORDERED:

1) The hearing scheduled for today is continued pending further order of the court; and

2) The defendant shall remain detained at this time.

DATED this 7th day of February, 2011.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge